IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

WILLIAM H. WHITE,

    Plaintiff,

  v.

C.O. MIKA JUSTICE and
JAIL ADMINISTRATOR
WILLIAM WIESE,

    Defendants.

Case No. 21-cv-119-bbc

JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case with prejudice.

| /s/ | January 25, 2022 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |